# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY QUON, | Case No.: 2:11-cv-00967-GMN-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

Before the Court is Plaintiff Nancy Quon's Motion for Attorney Fees (ECF No. 25). Defendant State Farm Fire and Casualty Company filed a timely Response (ECF No. 26) and Plaintiff filed a Reply (ECF No. 28). Plaintiff is requesting attorney's fees for prevailing on her Motion to Remand (ECF No. 9).

Title 28 U.S.C. § 1447(c) provides that, along with remanding the case to state court, the District Court "may require the payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal." Absent unusual circumstances, courts may award attorney fees under the attorney fee provision of the removal statute only where the removing party lacked an objectively reasonable basis for seeking removal; conversely, when an objectively reasonable basis exists, fees should be denied. *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141, 126 S.Ct. 704, 711 (2005). An award of attorney's fees can be granted in the absence of bad faith regarding removal. *Balcorta v. Twentieth Century-Fox Film Corp.*, 208 F.3d 1102, 1106 n. 6 (9th Cir. 2000).

The Court finds that Defendant had an objectively reasonable basis for the removal. The facts of this case presented a unique question for the Court. First of all, Plaintiff's Motion for Temporary Restraining Order and Complaint repeatedly made claims regarding her Fifth

Amendment rights.  This led Defendant to believe that a main issue in the case was a federal question.   The Court finds this reasonable.

Furthermore, "[i]n actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation." *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002).  Many times in insurance disputes requesting declaratory relief the insurance policy limit is the measure of the amount in controversy. Defendant's argument however was unpersuasive in regards to this case because of the unique factual circumstances presented.  Had Defendant's arguments been persuasive then diversity of citizenship would have existed.  Therefore, the Defendant had an objectively reasonable basis for the removal.

**IT IS HEREBY ORDERED** that Plaintiff Nancy Quon's Motion for Attorney's Fees (ECF No. 25) is **DENIED**.

DATED this 12th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge